United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW,<br><br>        Plaintiff,<br><br>   v.<br><br>STAR MOONEY, et al.,<br><br>        Defendants. | Case No. 23-cv-05287-JST<br><br>**ORDER TO SHOW CAUSE** |

At the April 16, 2024 case management conference, the Court set a further case management conference on June 25, 2024.  Plaintiff was present in court on April 16 and received notice of the June 25 conference in open court.  Nonetheless, the Plaintiff failed to appear on June 25, 2024.

Plaintiff is ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed for his failure to appear on June 25, 2024.  A response is due by July 16, 2024.  A hearing on this order to show cause will be held July 30, 2024 at 2:00 p.m.  If Plaintiff fails to file a written response by July 16, 2024, or fails to appear on July 30, 2024, the complaint will be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  June 26, 2024



JON S. TIGAR
United States District Judge